FILED 16 OCT '24 12:41 USDC-ORP

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:24-cr-<u>396-SI</u> |
| v. | **INDICTMENT** |
| **ODYSSEUS TEWEE,** | 18 U.S.C. §§ 2251(a) and (e) |
| | 18 U.S.C. §§ 2252A(a)(1), 2252A(a)(5)(B) |
| Defendant. | 18 U.S.C. §§ 2244(c) and 1153 |
| | **Forfeiture Allegation** |

**THE GRAND JURY CHARGES:**

## COUNT 1
**(Sexual Exploitation of a Child)**
**(18 U.S.C. §§ 2251(a) and (e))**

On or about June 22, 2024, in the District of Oregon, defendant **ODYSSEUS TEWEE** employed and used Minor Victim 1, a person under the age of 18, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, said depiction having been produced using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, and defendant knew or had reason to know said visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate and foreign commerce, and such visual depiction was actually transported or transmitted using any means or facility of interstate or foreign commerce, or in or affecting interstate or foreign commerce;

In violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT 2

**(Transportation of Child Pornography)**
**(18 U.S.C. § 2252A(a)(1))**

On or about September 8, 2024, in the District of Oregon, defendant **ODYSSEUS TEWEE** knowingly transported or shipped, using any means or facility of interstate commerce, and in and affecting interstate and foreign commerce by any means, including by computer, any child pornography, as defined in Title 18, United States Code, Section 2256(8)(A);

In violation of Title 18, United States Code, Section 2252A(a)(1).

## COUNT 3

**(Possession of Child Pornography)**
**(18 U.S.C. § 2252A(a)(5)(B))**

On or about September 23, 2024, in the District of Oregon, defendant **ODYSSEUS TEWEE** knowingly and unlawfully possessed material containing child pornography that had been shipped or transported using any means or facility of interstate or foreign commerce, or in or affecting interstate or foreign commerce by any means, including by computer, or that was produced using materials that had been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer, said images including a depiction of a prepubescent minor or a minor who had not attained twelve (12) years of age;

In violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

///

///

///

///

### COUNT 4

**(Abusive Sexual Contact)**
**(18 U.S.C. §§ 2244(a) and (c) and 1153)**

On or about June 22, 2024, on the Warm Springs Indian Reservation, in Indian Country, and within the District of Oregon, defendant **ODYSSEUS TEWEE**, an Indian male, did knowingly engage in sexual contact, to wit, intentionally touching with his penis the face of Minor Victim 1, a person who had not attained the age of 12 years;

In violation of Title 18, United States Code, Section 2244(c).

### FORFEITURE ALLEGATION

Pursuant to Title 18, United States Code, Section 2253, upon conviction of any offense described above in Counts 1, 2, or 3 of this indictment, defendant **ODYSSEUS TEWEE** shall forfeit to the United States any and all matter that contains visual depictions of minors engaging in sexually explicit conduct, any and all property that was used or was intended to be used in any manner or part to commit or promote the commission of the violations alleged in those counts, or any property, real or personal, constituting or traceable to proceeds of those offenses.

Dated: October 16th, 2024

A TRUE BILL.

_____
OFFICIATING FOREPERSON

Presented by:

NATALIE K. WIGHT
United States Attorney

_____
PAMELA PAASO, TXSB #24060371
Assistant United States Attorney